1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

10

11

12

13

14

| | |
|---|---|
| RJB WHOLESALE, INC, | CASE NO. C16-1829-MJP |
| Plaintiff, | ORDER DENYING MOTION TO CONTINUE TRIAL DATES AND PRETRIAL DEADLINES |
| v. | |
| JEFFREY CASTLEBERRY, | |
| Defendant. | |

15

16      THIS MATTER comes before the Court on the parties' joint motion to continue the trial

17  date and all pretrial deadlines. (Dkt. No. 26.) This case was filed on November 28, 2016 (Dkt.

18  No. 1). The parties have previously requested, and the Court has previously granted one

19  continuance of the trial date. (Dkt. Nos. 20, 21.) Trial is currently set for May 17, 2018. (Dkt.

20  No. 21.) The parties' joint motion does not identify good cause for a further continuance, and

21  does not provide an explanation as to why the necessary discovery cannot be completed before

22  the current trial date. (See Dkt. No. 26.) Nor does the motion propose dates and times for the

23  remaining depositions and inspections, or otherwise identify a plan for completing discovery.

24  (Id.)

1    Therefore, the Court DENIES the Motion to Continue Trial Dates and Pretrial Deadlines

2  in its entirety.

3    The clerk is ordered to provide copies of this order to all counsel.

4    Dated December 28, 2017.

5

6    _____
     Marsha J. Pechman

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24