HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY CASTLEBERRY and JANE DOE CASTLEBERRY, husband and wife and their marital community, and John Does 1-10<br><br>Defendants. | No. 2:16-cv-01829-RSL<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES** |

THIS MATTER came before the undersigned Court upon the parties' stipulation and renewed motion to continue the trial date and pretrial deadlines. After reviewing the matter and the files and records herein, the Court hereby GRANTS the parties' request. The May 7, 2018, trial date is stricken. The new trial date is September 24, 2018.

The Clerk of the Court is hereby ordered to distribute a new case schedule to the above effect.

ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES
[Case # 2:16-cv-01829-RSL] - Page 1

721332.1 - 364901 -0002

IT IS SO ORDERED this 7th day of February, 2018.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES
[Case # 2:16-cv-01829-RSL] - Page 2

721332.1 - 364901 -0002