HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY CASTLEBERRY and JANE DOE CASTLEBERRY, husband and wife and their marital community,<br><br>Defendants. | NO. 2:16-cv-1829<br><br>**STIPULATION AND PROTECTIVE ORDER REGARDING NORTH AMERICAN PIPE & STEEL CORP.** |

**STIPULATION**

Plaintiff RJB Wholesale, Inc. ("RJB"), defendant Jeffrey Castleberry ("Castleberry"), and North American Pipe & Steel Corp. ("NAPSteel"), by and through their counsel of record, stipulate and agree as follows:

**1. Purpose of Stipulation**. On February 23, 2017, the Court entered the Stipulation and Protective Order ("First Protective Order") attached hereto. The First Protective Order sets forth detailed requirements and procedures for protecting the confidentiality of documents and information of RJB and Castleberry's current employer, NAP Steel. Because RJB and

STIPULATION AND PROTECTIVE ORDER
Case #2:16-cv-1829 - Page 1

735226.1 - 364901 -0002

NAPSteel, may, at times, be competitors, the Protective Order was entered to ensure that their respective confidential business information is protected from misuse for anticompetitive purposes. Although NAPSteel's documents and information may be designated as "Protected Materials" under that Protective Order, NAPSteel was not a signing party.

NAPSteel objected to a Subpoena Duces Tecum served by RJB on the grounds that certain requests seek NAPSteel's confidential and proprietary information, including customer information and sales practices. This Second Protective Order is intended to protect the confidentiality of documents and information produced by NAPSteel, while ensuring that the parties can pursue discovery and litigation with a minimum amount of burden, expense. RJB may need to introduce its confidential information during discovery with NAPSteel, or with NAPSteel witnesses at trial. Therefore, the parties agree this Second Protective Order is necessary to protect the confidential information of NAPSteel and RJB.

**2. Protected Material.** In the event NAPSteel determines in good faith that a document, pleading or other information responsive to a request for discovery is confidential or proprietary and entitled to special protection, NAPSteel may in good faith designate such documents, pleadings or other information as "Protected Material" in the manner set forth in paragraph 2 of the First Protective Order.

**3. Incorporation of First Protective Order.** For purposes of discovery and litigation proceedings involving NAPSteel, the parties hereby incorporate and agree to be bound by the requirements and provisions of paragraphs 2-16 on the First Protective Order.

**4. Access to Confidential Documents.** For purposes of paragraph 7 ("Access to Confidential Documents") and paragraph 8 ("Access to Highly Confidential Documents"), the term "parties" or "party" shall mean the named parties in this litigation, RJB and Castleberry.

STIPULATION AND PROTECTIVE ORDER
Case #2:16-cv-1829 - Page 2

735226.1 - 364901 -0002

RJB and NAPSteel stipulate that the NAPSteel's Controller, David Fairley, or his successor, shall be authorized to receive any Protected Materials marked as Highly Confidential that RJB specifically designates to facilitate NAPSteel's discovery responses, conditioned upon his execution of a Non-Disclosure Certification pursuant to paragraph 10 of the First Protective Order, in the form attached hereto as Exhibit A.

**5. Authorization.** The undersigned counsel hereby warrant and represent that they are authorized by their clients to enter into this Stipulation and Protective Order.

DATED: April 4, 2018

    INSLEE, BEST, DOEZIE & RYDER, P.S.

By */s/ Richard A. Bersin*
Richard A. Bersin, WSBA #7178
Email: rbersin@insleebest.com
Curtis J. Chambers, WSBA #42984
Email: cchambers@insleebest.com
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004
Tel: 425-455-1234 / Fax: 425-635-7720
*Attorneys for Plaintiff*

DATED: April 4, 2018

    STOEL RIVES, LLP

By: */s/ Karin D. Jones*
Karin D. Jones, WSBA No. 42406
karin.jones@stoel.com
Christopher T. Wall, WSBA No. 45873
christopher.wall@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101

*Attorneys for Defendant*

STIPULATION AND PROTECTIVE ORDER
Case #2:16-cv-1829 - Page 3

735226.1 - 364901 -0002

**<u>ORDER</u>**

The above Stipulation and Protective Order of the parties is hereby approved and adopted as an Order of this Court.

DATED this 10th day of April, 2018

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND PROTECTIVE ORDER
Case #2:16-cv-1829 - Page 4

735226.1 - 364901 -0002