UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY CASTLEBERRY, <br><br> Defendant. | CASE NO. C16-1829-MJP <br><br> ORDER DENYING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Extend Discovery Deadlines. (Dkt. No. 35.) This case was filed on November 28, 2016. (Dkt. No. 1.) The parties have previously requested, and the Court has previously granted two continuances of the trial date. (Dkt. Nos. 20, 21, 26, 29.) Trial is currently set for September 24, 2018, and the discovery cutoff is set for April 27, 2018. (Dkt. Nos. 29, 30.) The parties have had over a year to conduct discovery, and the motion does not identify good cause for a further continuance. The motion does not explain why the necessary discovery cannot be completed before the current deadline, nor does it propose a plan for completing any outstanding depositions, inspections, or

other discovery. On this record, the Court DENIES the Motion to Extend Discovery Deadlines in its entirety.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 17, 2018.

Marsha J. Pechman
United States District Judge