UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY CASTLEBERRY, <br><br> Defendant. | CASE NO. C16-1829-MJP <br><br> ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINE FOR FILING SUMMARY JUDGMENT MOTIONS |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Extend the Deadline for Filing Summary Judgment Motions. (Dkt. No. 43.) This case was filed on November 28, 2016. (Dkt. No. 1.) The Parties have previously requested, and the Court has previously granted, two continuances to extend the trial date and pretrial deadlines. (Dkt. Nos. 20, 21, 28, 29.) Trial currently is set for September 24, 2018 and dispositive motions are due on May 29, 2018. (Dkt. No. 30.) On May 11, 2018, the parties filed a stipulation requesting a further continuance of the deadline for dispositive motions. (Dkt. No. 43.) The parties suggest that a continuance is needed to allow them to conduct a mediation on June 18, 2018. However, mediation does not constitute good cause for a further extension of case deadlines.

1     Therefore, the Court DENIES the Stipulated Motion to Extend the Deadline for Filing Summary Judgment Motions.

    The clerk is ordered to provide copies of this order to all counsel.

Dated May 14, 2018.

                                    Marsha J. Pechman
                                    United States District Judge