THE HONORABLE MARTHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY CASTLEBERRY and JANE DOE CASTLEBERRY, husband and wife and their marital community,<br><br>Defendants. | No. 2:16-cv-01829-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL |

**<u>ORDER</u>**

THIS MATTER comes before the Court on Plaintiff RJB Wholesale, Inc. and Defendant Jeffrey Castleberry's Stipulated Motion to File Documents Under Seal. The Court has considered the file in this matter, including the Protective Orders (Dkt. Nos. 18 and 34) agreed to between the parties and ORDERS as follows:

(1) Plaintiff and Defendant's Stipulated Motion to File Documents Under Seal is hereby GRANTED.

ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL - 1

(2) Any document filed in support of the parties' cross-motions for Summary Judgment which has previously been designated "Confidential" or "Highly Confidential" shall be filed under seal.

(3) The excerpts of the transcripts of the 30(b)(6) deposition of RJB and Nick Beck and the deposition transcript of Allison Goodman shall be filed under seal.

DATED this 30th day of May, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge

**STIPULATED TO AND PRESENTED BY:**

STOEL RIVES LLP

 *s/ Christopher T. Wall*
James M. Shore, WSBA 28095
Karin D. Jones, WSBA No. 42406
Christopher T. Wall, WSBA No. 45873
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7615
Email: jim.shore@stoel.com
Email: karin.jones@stoel.com
Email: christopher.wall@stoel.com

*Attorneys for Defendant*

INSLEE BEST DOEZIE & RYDER, PS

 *s/ Richard A. Bersin (per email authorization)*
Richard A. Bersin, WSBA No. 7178
rbersin@insleebest.com
Curtis J. Chambers, WSBA No. 42984
cchambers@insleebest.com
PO Box 90016
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL - 2