THE HONORABLE MARTHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY CASTLEBERRY and JANE DOE CASTLEBERRY, husband and wife and their marital community,<br><br>Defendants. | No. 2:16-cv-01829-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL |

**ORDER**

THIS MATTER comes before the Court on Plaintiff RJB Wholesale, Inc. and Defendant Jeffrey Castleberry's Stipulated Motion to File Documents Under Seal. The Court has considered the file in this matter, including the Protective Orders (Dkt. Nos. 18 and 34), agreed to between the parties, and the previous Order Granting Stipulated Motion to File Documents Under Seal (Dkt. No. 53), and ORDERS as follows:

(1) Plaintiff and Defendant's Stipulated Motion to File Documents Under Seal is hereby GRANTED.

ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL - 1

(2) Any document filed by RJB in response to defendant's Motion for Summary Judgment which has previously been designated "Confidential" or "Highly Confidential" shall be filed under seal.

(3) The excerpts of the transcripts of the 30(b)(6) deposition of NAPSteel, Susan LaVoy and Matthew Burrows shall be filed under seal.

DATED this 19th day of June, 2018.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge