THE HONORABLE MARTHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY CASTLEBERRY and JANE DOE CASTLEBERRY, husband and wife and their marital community,<br><br>Defendants. | No. 2:16-cv-01829-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL |

THIS MATTER comes before the Court on Plaintiff RJB Wholesale, Inc. and Defendant Jeffrey Castleberry's Stipulated Motion to File Documents Under Seal. The Court has considered the file in this matter, including the Protective Orders (Dkt. Nos. 18 and 34), agreed to between the Parties, and the previous Orders Granting Stipulated Motion to File Documents Under Seal (Dkt. Nos. 53 and 65), and ORDERS as follows:

(1)  Plaintiff and Defendant's Stipulated Motion to File Documents Under Seal is hereby GRANTED.

(2)  Any document filed by Defendant in support of his Reply in Support of Motion for Summary Judgment which has previously been designated "Confidential" or "Highly

ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL - 1

Confidential" or which summarizes information obtained from such documents shall be filed under seal.

(3) The excerpts of the transcript of the deposition of Matthew Burrows shall be filed under seal.

DATED this 26th day of June, 2018.

*signature*

Marsha J. Pechman
United States District Judge

**STIPULATED TO AND PRESENTED BY:**

STOEL RIVES LLP

 *s/ Karin D. Jones*
Karin D. Jones, WSBA No. 42406
karin.jones@stoel.com
Joseph M. Horne, WSBA No. 47898
joseph.horne@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101

*Attorneys for Defendant*

INSLEE BEST DOEZIE & RYDER, PS

 *s/ Richard A. Bersin (via email authoriation)*
Richard A. Bersin, WSBA No. 7178
rbersin@insleebest.com
Curtis J. Chambers, WSBA No. 42984
cchambers@insleebest.com
PO Box 90016
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004

ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL - 2