HONORABLE MARSHA PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY CASTLEBERRY and JANE DOE CASTLEBERRY, husband and wife and their marital community,<br><br>Defendants. | NO. 2:16-cv-01829-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENT UNDER SEAL |

## **ORDER**

THIS MATTER comes before the Court on plaintiff RJB Wholesale, Inc. and defendant Jeffrey Castleberry's Stipulated Motion to File Document Under Seal. The Court has considered the file in this matter, including the Protective Order (Dkt. No. 18), agreed to between the parties, and the previous Order Granting Stipulated Motion to File Documents Under Seal (Dkt. No. 53), and ORDERS as follows:

(1) Plaintiff and Defendant's Stipulated Motion to File Document Under Seal is hereby GRANTED.

ORDER GRANTING STIPULATED MOTION
TO FILE DOCUMENT UNDER SEAL - Page 1
[2:16-cv-01829-MJP]

1     (2)     The computer disk containing an Excel file which attached as Exhibit A to the Declaration of Richard A. Bersin in Opposition to Motion for Attorney's Fees shall be filed under seal.

DATED this 17th day of September, 2018.

Marsha J. Pechman
United States District Judge