# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY CASTLEBERRY, <br><br> Defendant. | CASE NO. C16-1829-MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's Motion to File an Over-Length Opposition to Defendant's Motion for Award of Attorney's Fees and Costs (Dkt. No. 101), filed on September 25, 2018, and its over-length opposition (Dkt. No. 93), filed on September 10, 2018.

The Court hereby DENIES Plaintiff's Motion to File an Over-Length Opposition. Plaintiff is ORDERED to file an Amended Response that complies with the page limits set forth in Local Rule 7(e)(4) within two (2) days of the date of this Order. Once Plaintiff has filed its

Amended Response, Defendant shall have two (2) days to file an Amended Reply if he chooses to do so.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 25, 2018.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk