*Honorable Marsha J. Pechman*
*Hearing Date: Friday, June 10, 2022*
*Without Oral Argument*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RJB WHOLESALE, INC, <br><br> Plaintiff, <br> v. <br><br> JEFFREY CASTLEBERRY and JANE DOE CASTLEBERRY, husband and wife and their marital community, <br><br> Defendants. | Case No. 2:16-cv-01829-MJP <br><br> ORDER GRANTING MOTION TO EXONERATE BOND |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Exonerate the Bond. (Dkt. No. 122.) The Court reviewed the motion, response and all supporting materials.

**ORDERS** that Plaintiff's Motion to Exonerate Bond is GRANTED. The Bond issued via the Irrevocable Letter of Credit [Dkt. 113-1] is hereby exonerated and released.

DONE IN OPEN COURT this 26th day of May 2022.

_____
Hon. Judge Marsha J. Pechman

Presented By:
ROMERO PARK P.S.

_____
Justin D. Park, WSBA #28340
Attorney for Plaintiff

ORDER - 1